K. Randolph Moore, Esq. SBN 106933
Tanya Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
332 N. Second Street
San Jose, CA  95112
Telephone: (408) 271-6600
Facsimile: (408) 298-6046

Attorneys for Plaintiff
Theresa Wallen

**THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA WALLEN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LENTINI CORPORATION and ALIA CORPORATION dba McDONALD'S 2775, SOLOMON FRANK JR. dba SAN LUIS PLAZA, McDONALD'S CORPORATION,<br><br>　　　　Defendants. | Case No.:   1:09-CV-02228-AWI-GSA<br><br>**STIPULATION AND ORDER FOR FILING OF AN AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Plaintiff may file an Amended Complaint, a copy of which is attached hereto.

IT IS FURTHER STIPULATED that the defendant Lentini Corporation waives notice and service of the amended complaint and shall not be required to answer the amendment, and that all denials, responses and affirmative defenses contained in the answer filed by defendant to the original complaint shall be responsive to the amended complaint.

IT IS SO STIPULATED.

Dated:  March 30, 2010　　　　　McCORMICK BARSTOW

　　　　　　　　　　　　　　　　By:/s/ Christina M. Cusimano
　　　　　　　　　　　　　　　　Christina M. Cusimano
　　　　　　　　　　　　　　　　Attorney for Defendant Lentini Corporation

1  Dated: April 1, 2010            MacKENZIE & BRODY

2                                  By: /s/Roderick L. MacKenzie, Esq.
3                                  Roderick L. MacKenzie, Esq.
                                   Attorney for Defendant Frank Solomon, Jr.
4
5  Dated: March 25, 2010           MOORE LAW FIRM, PC

6                                  By: /s/Tanya Levinson Moore
                                   Tanya Levinson Moore
7                                  Attorney for Plaintiff Theresa Wallen

8

9

10                                 **ORDER**

11     The parties' stipulation is ADOPTED IN PART. The Clerk of the Court is DIRECTED

12 to file the First Amended Complaint attached to the instant stipulation. With regard to that
13
   portion of the stipulation concerning Defendant's Answer, Defendant is DIRECTED to file a
14
15 separate Answer to the First Amended Complaint for purposes of maintaining an accurate court

16 docket.

17     **IT IS SO ORDERED.**
18
   Dated: April 2, 2010                  /s/ Gary S. Austin
19                                        U.S. MAGISTRATE JUDGE GARY S. AUSTIN

20

21

22

23

24

25

26

27

28