UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA WALLEN, | CASE NO. CV F 09-2228 LJO GSA |
| Plaintiff, | **ORDER AFTER SETTLEMENT** |
| vs. | |
| LENTINI CORPORATION, et al., | |
| Defendants. | |
| _____ / | |

Plaintiff's counsel filed a notice to indicate settlement with defendant Lentini Corporation and Alia Corporation dba McDonald's #2775. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, no later than August 13, 2010, to file papers to dismiss this action against defendant Lentini Corporation and Alia Corporation dba McDonald's #2775, or to show cause why settlement has not been completed to permit dismissal of this action.

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order. *See* Local Rule 160 and 272.

IT IS SO ORDERED.

**Dated:   July 9, 2010**                              /s/ Lawrence J. O'Neill
                                                                  UNITED STATES DISTRICT JUDGE