1  Tanya Levinson Moore, Esq. SBN 206683
   MOORE LAW FIRM, P.C.
2  332 N. Second Street
   San Jose, CA  95112
3  Telephone (408) 271-6600
   Facsimile (408) 298-6046
4
   Attorneys for Plaintiff
5  Theresa Wallen

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA WALLEN,<br><br>        Plaintiff,<br><br>   vs.<br><br>LENTINI CORPORATION and ALIA CORPORATION dba McDONALD'S #2775, FRANK SOLOMON JR. dba SAN LUIS PLAZA, RUSSEL G. SMITH, INC., McDONALD'S CORPORATION.,<br><br>        Defendants. | No.  1:09-CV-02228-LJO-GSA<br><br>**STIPULATION FOR DISMISSAL; OF ACTION AGAINST DEFENDANT  LENTINI CORPORATION and ALIA COPRORATION ONLY; ORDER**<br><br>Assigned to Magistrate Judge Lawrence J. O'Neill<br>Complaint Filed: 12/23/09<br>First Amended Complaint Filed: 4/02/10 |

Plaintiff Theresa Wallen, through her attorney, Tanya Levinson Moore, Moore Law Firm, P.C., San Jose, California, and Defendant Lentini Corporation and Alia Corporation dba McDonald's #2775 through their attorneys, McCORMICK, BARSTOW, SHEPPARD, WAYTE AND CURRUTH, LLP Fresno, California, hereby stipulate that the above-captioned action against

*Wallen v. Lentini Corporation, et al.*

Stipulation for Dismissal

Defendant Lentini Corporation and Alia Corporation dba McDonald's #2775 only shall be dismissed with prejudice.

Date: August 18, 2010          /s/Tanya Levinson Moore
                               Tanya E. Levinson Moore
                               Attorney for Plaintiff

Date: August 18, 2010          McCORMICK, BARSTOW, SHEPPARD,
                               WAYTE AND CARRUTH, LLP

                               /s/ Christina M. Cusimano, Esq.
                               Christina M. Cusimano, Esq.
                               Attorney for Defendants
                               Lentini Corporation and Alia
                               Corporation dba McDonald's #2775

## ORDER

THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED THAT the above-captioned action against Defendants Lentini Corporation and Alia Corporation only be dismissed with prejudice. The clerk is directed NOT to close this action.

**IT IS SO ORDERED.**

Dated: August 18, 2010     /s/ Lawrence J. O'Neill_____
                           HONORABLE LAWRENCE J. O'NEILL
                           UNITED STATES DISTRICT JUDGE

*Wallen v. Lentini Corporation, et al.*

Stipulation for Dismissal