Tanya Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
332 N. Second Street
San Jose, CA  95112
Telephone (408) 271-6600
Facsimile (408) 298-6046

Attorneys for Plaintiff
Theresa Wallen

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| THERESA WALLEN, | No. 1:09-CV-02228-LJO-GSA |
|---|---|
| Plaintiff, | **STIPULATION FOR DISMISSAL; OF THE ENTIRE ACTION; ORDER** |
| vs. | |
| LENTINI CORPORATION and ALIA CORPORATION dba McDONALD'S #2775, FRANK SOLOMON JR. dba SAN LUIS PLAZA, RUSSEL G. SMITH, INC., McDONALD'S CORPORATION, | Assigned to Magistrate Judge Lawrence J. O'Neill |
| | Complaint Filed: 12/23/09 First Amended Complaint Filed: 4/02/10 |
| Defendants. | |

Plaintiff Theresa Wallen, through her attorney, Tanya Moore, Moore Law Firm, P.C., San Jose, California, and Defendant Frank Solomon Jr. dba San Luis Plaza, through his attorney Roderick L. MacKenzie, MacKenzie & Brody and Defendant Russel G. Smith, Inc, hereby stipulate that the entire above-captioned is  dismissed with prejudice.

Date: September 9, 2010          /s/Tanya Moore
                                 Tanya Moore
                                 Attorney for Plaintiff

*Wallen v. Lentini Corporation, et al.*

Stipulation for Dismissal

Page 1

Date: September 9, 2010          MACKENZIE & BRODY

<u>/s/ Roderick L. MacKenzie, Esq.</u>
Roderick L. MacKenzie, Esq.
Attorney for Defendant
Frank Solomon, Jr.

<u>/s/ Russel Smith</u>
On behalf of Russel Smith, Inc.

### ORDER

THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED THAT the entire above-captioned action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  _September 9, 2010      /s/ Lawrence J.O'Neill_____
U.S. DISTRICT JUDGE LAWRENCE J. O'NEILL

*Wallen v. Lentini Corporation, et al.*

Stipulation for Dismissal